Louis Greenstein, Appellant, *v.* Pacific Mutual Life
Insurance Company of California, Respondent.

Argued May 26, 1938; decided July 7, 1938.

*Charles A. Cohen* and *Wallace Printz* for appellant.

*Raymond T. Heilpern* and *Irving S. Freedman* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.